UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 13 2010
Clerk, U.S. District and
Bankruptcy Courts

In re [REDACTED]   )
)
)
)   Misc. No. 10-38 (RCL)
)
)
)

## ORDER

On January 21, 2010, this Court issued an Order [2] denying petitioner's Petition and Motion Before the Motions Court [1]. On April 22, 2010, the Court issued an Order [12] denying petitioner's renewed Motion for Relief [6] and Supplemental Motion for Relief and Motion for Protective Order [7]. Accordingly, it is hereby

ORDERED that the United States' Motion to Dismiss the Petition to Perpetuate Testimony [13] is terminated as MOOT.

**SO ORDERED** this 10th day of December 2010.

ROYCE C. LAMBERTH
Chief Judge
United States District Court